UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD THAYNE MUTSCHLER,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | C16-281 TSZ<br>(related to CR14-328 TSZ)<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner's motion for appointment of counsel, docket no. 2, is GRANTED. The Criminal Justice Act ("CJA") Administrator is DIRECTED to appoint counsel to represent petitioner in connection with his motion under 28 U.S.C. § 2255.

(2) The Government's motion for an order declaring petitioner's attorney-client privilege waived, docket no. 9, is RENOTED to May 26, 2017. Any response by counsel appointed to represent petitioner shall be filed by May 22, 2017. Any reply shall be due on the new noting date.

(3) Petitioner's § 2255 motion, docket no. 1, is RENOTED to July 7, 2017. The Government's answer to the § 2255 motion shall be filed within thirty-five (35) days after the Court rules on the Government's motion concerning attorney-client privilege waiver.

MINUTE ORDER - 1

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record, to petitioner pro se, to J. Gregory Lockwood (petitioner's former counsel of record in the criminal proceeding), and to the CJA Administrator.

Dated this 7th day of April, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2