UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD THAYNE MUTSCHLER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

C16-281 TSZ
(related to CR14-328 TSZ)

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' amended stipulated motion for continuance, docket no. 15, is GRANTED as follows.

    (a) The parties' original stipulated motion for continuance, docket no. 14, is STRICKEN as moot.

    (b) The noting date for petitioner's motion under 28 U.S.C. § 2255, docket no. 1, is STRICKEN.

    (c) Petitioner shall file any amended § 2255 motion by July 7, 2017, and shall note such motion for September 1, 2017. Any response shall be filed by August 18, 2017, and any reply shall be filed by the noting date.

    (d) The Government's motion for an order declaring petitioner's attorney-client privilege waived, docket no. 9, is STRICKEN without prejudice.

MINUTE ORDER - 1

(e) The deadline for the Government to file any renewed motion regarding attorney-client privilege waiver, amended as appropriate to include any additional requests, is July 26, 2017.  Such motion shall be noted for August 11, 2017.  Any response shall be filed by August 4, 2017, and any reply shall be filed by the noting date.

(f) In the event the Government files a renewed and/or amended motion regarding attorney-client privilege waiver, the parties may telephonically seek an extension of the deadlines set forth in Paragraph 1(c), above, by contacting Karen Dews at (206) 370-8830.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2