# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RICHARD THAYNE MUTSCHLER,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

C16-281 TSZ
(related to CR14-328 TSZ)

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner's unopposed motion, docket no. 17, to extend the deadline for filing an amended motion under 28 U.S.C. § 2255, is GRANTED. Petitioner's § 2255 motion, which was filed on July 10, 2017, docket no. 18, is considered timely filed.

(2) Petitioner's § 2255 motion, docket no. 18, shall be noted for September 1, 2017. Any response shall be filed by August 18, 2017, and any reply shall be filed by the noting date.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1