# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RICHARD THAYNE MUTSCHLER, Defendant. | CR14-328 TSZ |
| RICHARD THAYNE MUTSCHLER, Petitioner, v. UNITED STATES OF AMERICA, Respondent. | C16-281 TSZ  MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has reviewed defendant's "Mandatory Judicial Notice," which was filed pro se. *See* Case No. CR14-328, docket no. 78. The Court will take no further action with respect to such "Mandatory Judicial Notice."

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1