The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD THAYNE MUTSCHLER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. CV16-00281 TSZ<br><br>ORDER DECLARING PETITIONER'S ATTORNEY-CLIENT PRIVILEGE WAIVED AS TO ISSUES RAISED IN HIS AMENDED MOTION UNDER 28 U.S.C. § 2255 |

The Government's unopposed Second Motion for Order Declaring Petitioner's Attorney-Client Privilege Waived as to Issues Raised in His Amended Motion under 28 U.S.C. § 2255, docket no. 20, is GRANTED; and IT IS HEREBY ORDERED that Defendant-Petitioner Richard Thayne Mutschler, by raising issues related to his legal representation in his § 2255 Motion, has waived his attorney-client privilege and work product doctrine protections for the purpose of litigation of that motion. Mr. Mutschler has waived the attorney-client privilege and work product doctrine with regard to documents, communications, lack of communications, information, and materials, related to:

Order - 1
*Mutschler v. United States*, CV16-00281 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. Any deals, agreements, or understandings, whether written or verbal, in final or draft form, discussed or reached with the United States Attorneys' Office related to Mr. Mutschler's case;
2. Any restitution that might have been ordered or that might have resulted from Mr. Mutschler's case;
3. Any information regarding Mr. Mutschler's decision to plead guilty or go to trial;
4. Any evidence or materials developed through any investigation conducted by Mr. Mutschler or his attorneys or produced by the government in Mr. Mutschler's case, including whether Mr. Mutschler had or could have had access to those materials;
5. Any information regarding who represented Mr. Mutschler in his case and who provided him legal advice; and
6. Any filings, objections, or representations made or not made to the United States Attorneys' Office or the Court.

Accordingly, Mr. Mutschler's prior attorneys, including but not limited to J. Gregory Lockwood and any current or former attorneys at Liberty Bell Law Group (together "trial counsel"), are hereby directed to participate in interviews with the Government related to their representation of Mr. Mutschler, including otherwise privileged legal communications, and to provide the Government reasonable assistance in preparing affidavits or declarations regarding such information. Trial counsel is also directed to produce to the Government documents and records related to the allegations set forth in Mr. Mutschler's Section 2255 Motion.

IT IS FURTHER ORDERED that, absent further orders from this Court, the evidence provided pursuant to this Order shall be used solely for the purpose of litigating Mr. Mutschler's Section 2255 Motion and shall not be admissible against Mr. Mutschler in any other proceeding. This Order shall remain in effect even after the Court has ruled

Order - 2
*Mutschler v. United States*, CV16-00281 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

on the Section 2255 Motion. Both parties retain the right to apply to the Court for modification of this Order.

IT IS SO ORDERED.

DATED this 25th of August, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

/s/ *Nicholas Manheim*
Nicholas Manheim
Assistant United States Attorney

Order - 3
*Mutschler v. United States*, CV16-00281 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970