UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD THAYNE MUTSCHLER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

C16-281 TSZ
(related to CR14-328)

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner's unopposed motion for extension of time, docket no. 26, is GRANTED. Petitioner's reply in support of his amended motion under 28 U.S.C. § 2255 shall be filed by October 30, 2017.

(2) The Clerk is DIRECTED to RENOTE petitioner's amended § 2255 motion, docket no. 18, to October 30, 2017, and to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1